**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02190-PAB-STV

S.E., by and through his next friend, DANIEL ERCK,

Plaintiff(s),

v.

ASPEN SCHOOL DISTRICT NO. 1,

Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff S.E., by and through his next friend and court-appointed legal representative, Daniel Erck, and Defendant Aspen School District No. 1, through undersigned counsel, submit this stipulation for dismissal with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). The parties hereby notify the Court that they have resolved all claims in this matter through a written settlement agreement and stipulate to the dismissal of all claims with prejudice, each party to bear their attorney fees and costs.

Respectfully submitted this 26th day of September 2025.

*s/Igor Raykin*
Igor Raykin
Conor O'Donnell
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd, Suite 150
Aurora, Colorado 80014
720-748-8888
igor@coloradolawteam.com
conor@coloradolawteam.com
Attorneys for Plaintiff

*s/Elliott V. Hood*
Elliott V. Hood
Zoe Verhoeven
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
zverhoeven@celaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Igor Raykin
Conor O'Donnell
igor@coloradolawteam.com
conor@coloradolawteam.com
Attorneys for Plaintiff(s)

*s/Shelley McKinstry*
Shelley McKinstry, Paralegal